# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 14-11246
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**
June 15, 2016

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

JOSE JIMENEZ-TREJO

Defendant-Appellant

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:14-CR-228-1

Before KING, CLEMENT, and OWEN, Circuit Judges.

PER CURIAM:[*]

Jose Jimenez-Trejo appealed his sentence for illegal reentry after removal, a violation of 8 U.S.C. § 1326. He contended that a prior Texas conviction for causing bodily injury was not a crime of violence or an aggravated felony for purposes of increasing his sentence. During the pendency of this appeal, Jimenez-Trejo was released from custody and deported. He is not under a sentence of supervised release. Consequently, this

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 14-11246

court cannot afford him any of the relief sought with regard to his sentence, and his appeal is moot. *See Spencer v. Kemna*, 523 U.S. 1, 7-8 (1998); *United States v. Ramon*, 320 F.3d 519, 519-20 (5th Cir. 2003).

The appeal is DISMISSED AS MOOT.